WILLIAM F. DePREE, IV, Appellant, v NEW YORK STATE LABOR DEPARTMENT et al., Respondents.

Kane, J. P., Main, Casey, Yesawich, Jr., and Harvey, JJ., concur.